Matthew C. KILGORE, individually and on behalf of all others similarly situated; William Bruce Fuller, individually and on behalf of all others similarly situated, Plaintiffs–Appellees,

v.

KEYBANK, NATIONAL ASSOCIATION, successor in interest to KeyBank USA, N.A.; Key Education Resources, a division of KeyBank National Association; Great Lakes Education Loan Services, Inc., a Wisconsin corporation, Defendants–Appellants.

Matthew C. Kilgore, individually and on behalf of all others similarly situated; William Bruce Fuller, individually and on behalf of all others similarly situated, Plaintiffs–Appellants,

v.

KeyBank, National Association, successor in interest to KeyBank USA, N.A.; Key Education Resources, a division of KeyBank National Association; Great Lakes Education Loan Services, Inc., a Wisconsin corporation, Defendants–Appellees.

Nos. 09–16703, 10–15934.

United States Court of Appeals, Ninth Circuit.

Sept. 21, 2012.

Walter T. Johnson, Stephanie Ann Karnavas, Esquire, Todd C. Toral, Esquire, San Francisco, CA, W. Scott O'Connell, Esquire, Nixon Peabody LLP, Manchester, NH, for Defendants–Appellees.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Ninth Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.